ELIZABETH RUSSELL, Respondent, *v.* THE METROPOLITAN INSURANCE COMPANY, Appellant.

(Argued September 23, 1872; decided January term, 1873.)

THIS was an action upon a policy of fire insurance. Most of the questions presented were decided upon the facts in the case. Upon the trial a police officer called by defendant was asked what kind of persons frequented the house. This was objected to and evidence excluded. *Held*, no error; there being no offer to show that the house was kept in any manner in violation of the policy, or that the mode or purpose for which it was kept contributed to the fire.

*Amasa J. Parker* for the appellant.

*B. C. Thayer* for the respondent.

EARL, C., reads for affirmance.

All concur.

Judgment affirmed, with costs.